UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 27, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROSA PAVON FLORES

Defendant.

Case No. 2:18-mj-00235-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release ROSA PAVON FLORES Case No. 2:18-mj-00235-KJN Charge 18 USC 1542 from custody for the following reasons:

   __X__  Release on Personal Recognizance

   _____  Bail Posted in the Sum of $ _____

           _____ Unsecured Appearance Bond $ _____

           _____ Appearance Bond with 10% Deposit

           _____ Appearance Bond with Surety

           _____ Corporate Surety Bail Bond

           _____ (Other):

Issued at Sacramento, California on November 27, 2018 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman